AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>William R. Dunbar<br><br>_Defendant(s)_ | ) ) ) ) ) ) )  Case No. 17-54 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 8, 2017__ in the county of __Cambria__ in the __Western__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 871 | Threats against the Vice-President |

This criminal complaint is based on these facts:

On 9/8/17, while on military duty in Johnstown, PA, William R. Dunbar, knowingly and willfully made a threat against the VP of the US, who was to arrive in Johnstown on 9/11/17. Three witnesses heard Dunbar specifically state he would kill the Vice President. When questioned, Dunbar initially denied making the statement; then admitted to saying this would be the perfect opportunity to kidnap or kill the VP; then stated he said he would kill the VP if paid alot of money.

☐ Continued on the attached sheet.

_Complainant's signature_

Keith E. Heckman, Special Agent, US Secret Service
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __09/21/2017__

_Judge's signature_

City and state: __Johnstown, Pennsylvania__    Keith A. Pesto, U.S. Magistrate Judge
_Printed name and title_