IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.  17-32   J |
| | ) | |
| v. | ) | [18 U.S.C. § 871] |
| | ) | |
| WILLIAM R. DUNBAR | ) | |

## INFORMATION

The United States Attorney charges:

On or about September 8, 2017, in the Western District of Pennsylvania, the defendant, WILLIAM R. DUNBAR, did knowingly and willfully make a threat to take the life of the Vice-President of the United States.

In violation of Title 18, United States Code, Section 871.

SOO C. SONG
Acting United States Attorney
DC ID No. 457268