CRIMINAL CASE INFORMATION SHEET

Pittsburgh _____     Erie _____     Johnstown  X
Related to No. _____     Judge _____
(All criminal prosecution arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.  _____ Narcotics and Other Controlled Substances
1a. _____ Narcotics and Other Controlled Substances
           (3 or more Defendants)
2.  _____ Fraud and Property Offenses
2a. _____ Fraud and Property Offenses
           (3 or more Defendants)
3.  _____ Crimes of Violence
4.  _____ Sex Offenses
5.  _____ Firearms and Explosives
6.  _____ Immigration
7.  __X__ All Others

Defendant's name:           WILLIAM R. DUNBAR

Is Indictment waived:   __X__ yes        _____ no

Pretrial Diversion:     _____ yes       __X__ no

Juvenile proceeding:    _____ yes       __X__ no

Defendant is:           __X__ Male       _____ Female

Superseding Indictment or
Information:            _____ yes       __X__ no

    Previous case number:  _____

If superseding, previous case was/will be:
    _____ Dismissed on defendant's motion
    _____ Dismissed on government's motion
    _____ After appellate action
    _____ Other (explain)

County in which first
offense cited occurred:         Cambria County

Previous proceedings before
Magistrate Judge:               M. J. Keith A. Pesto

Case No.                        17-54 MJ

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | 9/21/17 | |

Defendant: __X__ is in custody ____ is not in custody

Name of Institution: <u>Cambria County Prison</u>

Custody is on: __X__ this charge  ____ another charge

____ another conviction

____ State  __X__ Federal

Detainer filed: ____ yes  ____ no

Date detainer filed: _____

Total defendants: 1

Total counts: 1

Data below applies to defendant No.: 1

Defendant's name: <u>WILLIAM R. DUNBAR</u>

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 871 | Threat against the Vice President of the United States | | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

STEPHANIE L. HAINES
Assistant U.S. Attorney
WV ID No. 9249